CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/16/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| THERESA DARRAR, | ) |
|     Plaintiff, | ) |
| v. | )    Civil Action No.: 6:23-cv-00028 |
| WAL-MART STORES EAST, LP, a/k/a Walmart Supercenter #4636, and JOHN DOE (Pharmacist), | ) |
|     Defendants. | ) |

## FINAL ORDER

THIS DAY came the parties to this action, by counsel, and advised the Court that they had compromised and settled all matters in controversy in this action.

And, it appearing proper so to do, it is ADJUDGED and ORDERED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own taxable court costs.

And the Clerk of this Court shall forward certified copies of this Order to counsel of record and shall strike this matter from the active docket of this Court.

Entered this 16th day of July, 2024.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

WE ASK FOR AND CONSENT TO
THE ENTRY OF THIS ORDER:


/s/      Philip B. Baker
Philip B. Baker, Esq. (VSB No. 23434)
SANZONE & BAKER, LLP
P.O. Box 1078
1106 Commerce Street, Suite 3A
Lynchburg, Virginia 24505
Telephone: (434) 846-4691
Facsimile: (434) 528-5264
pbaker@sanzone-baker.com

*Counsel for Plaintiff*



/s/     Victor S. Skaff, III
Victor S. ("Dinny") Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY SKAFF & WHITE PLC
Fulton Motor Lofts
400 Salem Avenue, SW, Suite 100
Roanoke, Virginia 24016
Telephone: (540) 767-2200
Facsimile: (540) 767-2220
vskaff@glennrob.com

*Counsel for Defendant, Wal-Mart Stores East, LP*